FILED: February 7, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1
(3:97-cr-00023-MOC-1)
(3:12-cv-00327-MOC)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AQUILIA MARCIVICCI BARNETTE

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:97-cr-00023-MOC-1<br>3:12-cv-00327-MOC |
| Date notice of appeal filed in originating court: | 02/05/2024 |
| Appellant | Aquilia Marcivicci Barnette |
| Appellate Case Number | 24-1 |
| Case Manager | Emily Borneisen<br>804-916-2704 |