Filed: February 21, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## PRELIMINARY BRIEFING ORDER
_____

No. 24-1,      <u>US v. Aquilia Barnette</u>
3:97-cr-00023-MOC-1, 3:12-cv-00327-MOC

Briefing shall proceed on the following schedule:

---

JOINT APPENDIX due: 04/01/2024

BRIEF [Opening] due: 04/01/2024

---

The following rules apply under this schedule:

- Counsel must file the electronic version and four identical paper copies of briefs and appendices.
- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** (available as a link from this order and at **www.ca4.uscourts.gov**). FRAP 28, 30 & 32.
- The joint appendix must be paginated using Bates page numbering and the JA or J.A. format required by the **Fourth Circuit Appendix Pagination & Brief Citation Guide**. Appendix citations in the parties' briefs must use the same format. Local Rules 28(g) & 30(b)(4).
- Motions for extension of time should be filed only upon a showing of good cause. Local Rule 31(c).
- If the court grants a certificate of appealability, the clerk will issue a final briefing order scheduling the filing of a response brief and any reply brief.

/s/ NWAMAKA ANOWI, CLERK
By: Emily Borneisen, Deputy Clerk