UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1
(3:97-cr-00023-MOC-1)
(3:12-cv-00327-MOC)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AQUILIA MARCIVICCI BARNETTE

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the opening brief and joint appendix to July 1, 2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk