**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Plaintiff-Appellee* | ) | |
| | ) | |
| v. | ) | **No. 24-1** |
| | ) | **DEATH PENALTY CASE** |
| | ) | |
| **AQUILIA MARCIVICCI BARNETTE** | ) | |
| | ) | |
| *Defendant-Appellant.* | ) | |
| _____ | ) | |

**UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME
TO SUBMIT DEFENDANT-APPELLANT'S OPENING BRIEF**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 31(c), Defendant-Appellant, Aquilia Marcivicci Barnette, respectfully moves this Court to extend his time for filing his Opening Brief and the Joint Appendix by 45 days, through and including August 15, 2024. Appellees do not object to this request. In support of this motion, Mr. Barnette submits the following:

Mr. Barnette, a death-sentenced prisoner, is appealing: the order and judgment of the United States District Court for the Western District of North Carolina denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his convictions and sentence of death, denying his motion to supplement, and denying him an evidentiary hearing; and its order denying his motion to alter or amend that judgment. As the district court denied Mr. Barnette a certificate of appealability, this

1

Court entered a briefing order on February 21, 2024, directing him to submit his initial brief and the joint appendix by April 1, 2024. (DE 9.) This Court previously granted one 90-day extension of the time for filing the opening brief and joint appendix, which is presently due on July 1, 2024. (DE 12).

Undersigned counsel respectfully move this Court to extend their time for filing Mr. Barnette's initial brief and the joint appendix by 45 days—through and until August 15, 2024. Counsel Gerald King has principal responsibility for these filings and has worked diligently to complete them, but must request this additional time in light of extraordinary circumstances unknown at the time of the initial extension motion. In addition to his administrative duties as Chief of the Capital Habeas Unit for the Fourth Circuit, which have included the ongoing hiring and onboarding of two new employees, Mr. King has been intensively engaged in preparing and overseeing more than ten time-sensitive clemency petitions for federal and state cases within the CHU's jurisdiction. That work included a hearing before the Office of the Pardon Attorney on behalf of Richard Tipton, another person under a federal death sentence, which was scheduled after the prior extension motion and conducted on June 5, 2024. Mr. King has had extensive and unexpected out-of-state travel for exigent issues and investigations in other CHU cases and out-of-circuit matters; he has also been out of the office to deal with the aftermath of a flood in his home.

Like Mr. King, co-counsel Jake Sussman is engaged in time-sensitive preparations for several federal and state clemency petitions. He is also actively litigating multiple capital and non-capital state post-conviction cases with evidentiary hearings scheduled for late summer and early fall 2024: *State of North Carolina v. Joseph Jones*, 00-CRS-1382 et seq. (Alamance County), *State of North Carolina v. Jeffery Duke*, 03-CRS-4557-8 (Gaston County), and *State of North Carolina v. James Richardson*, 09CRS56370-71 (Pitt County). Further, he represents plaintiffs in two federal civil rights cases that are in active litigation: *Abrams v. Fowler*, 5:20-ct-03231-M (E.D.N.C.), and *North Carolina A. Phillip Randolph Institute v. The North Carolina State Board of Elections, et al.*, 24-1512 (Fourth Circuit). Co-counsel Mark Olive has, like Mr. King and Mr. Sussman, been occupied preparing clemency applications for clients on federal death row; he has also appeared before the Office of the Pardon Attorney in a hearing scheduled after the prior extension motion. Mr. Olive is assisting with a capital federal habeas proceeding with potential statute-of-limitations issues and has prepared two seminars for the Habeas Assistance and Training Project of the Administrative Office of Courts.

These circumstances, combined with the size of the record in this matter and the number and complexity of the substantive and procedural issues that this brief must address, necessitate counsel's request.

Pursuant to Local Rule 27(a), undersigned counsel has consulted with counsel for the United States, Anthony J. Enright, who indicates that Plaintiff-Appellee does not object to the requested extension.

For the reasons stated above, counsel respectfully request an extension of 45 days, through and until August 15, 2024, to submit Mr. Barnette's initial brief and the joint appendix.

Respectfully submitted,

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
gerald_king@fd.org

**CERTIFICATE REGARDING LOCAL RULE 27(A)**

I, Gerald W. King, Jr., hereby certify that counsel for Plaintiff-Appellee was informed on June 13, 2024, by email of the intended filing of this request.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.

**CERTIFICATE OF SERVICE**

I, Gerald W. King, Jr., hereby certify that on June 13, 2024, I filed the foregoing Unopposed Motion for a Second Extension of Time to Submit Defendant-Appellant's Opening Brief via ECF with service via electronic delivery to counsel for Respondent:

Anthony Joseph Enright, Assistant U.S. Attorney


*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.