**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA )
                    )
   *Plaintiff-Appellee*           )
                    )
   v.                   )      **No. 24-1**
                    )      **DEATH PENALTY CASE**
                    )
AQUILIA MARCIVICCI BARNETTE )
                    )
   *Defendant-Appellant.*     )
                    )

**UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME
TO SUBMIT DEFENDANT-APPELLANT'S OPENING BRIEF**

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 31(c), Defendant-Appellant, Aquilia Marcivicci Barnette, respectfully moves this Court to extend his time for filing his Opening Brief and the Joint Appendix by 21 days, through and including September 5, 2024, based upon the Supreme Court of South Carolina's just-issued decision in *Owens et al. v. Stirling*[1], which authorizes the resumption of capital punishment in South Carolina and imminent execution dates for four of lead counsel's clients. The Government does not object to this request. In support of this motion, Mr. Barnette submits the following:

Mr. Barnette, a death-sentenced prisoner, is appealing: the order and judgment of the United States District Court for the Western District of North Carolina

---

[1]No. 2022-001280, 2024 WL 3590797 (S.C. July 31, 2024).

1

denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his convictions and sentence of death, denying his motion to supplement, and denying him an evidentiary hearing; and its order denying his motion to alter or amend that judgment. As the district court denied Mr. Barnette a certificate of appealability, this Court entered a briefing order on February 21, 2024, directing him to submit his initial brief and the joint appendix by April 1, 2024. (DE 9.) Following this Court's prior grants of extensions of time, his initial brief and joint appendix are presently due on August 15, 2024. (DE 12, 14).

Undersigned counsel respectfully move this Court to extend their time for filing Mr. Barnette's initial brief and the joint appendix by 21 days—through and until September 5, 2024—based upon extraordinary circumstances unknown to counsel at the time of the prior extension motions. On Wednesday, July 31, 2024, the Supreme Court of South Carolina issued its decision in *Owens*, which reversed the Circuit Court of Richland County's declaratory judgment finding that South Carolina's execution statute—and two of the methods it authorized, the firing squad and the electric chair—violated the state constitution. *Owens*, 2024 WL 3590797 at *24. The *Owens* decision anticipates the imminent resumption of executions. *Id.* at *21 (detailing timetable for issuance of warrant and certification of available methods of execution). Lead counsel Gerald King, who has principal responsibility for the initial brief in this matter, represents four persons under sentence of death

who are immediately eligible for execution. While Mr. King has worked to complete this brief, he must devote a considerable portion of the ten days between now and the filing date on preparations for warrant litigation. This extension will allow Mr. King to complete his work on this brief while fulfilling his obligations to his clients facing execution.

Co-counsel Jake Sussman is engaged in time-sensitive preparations for several federal and state court matters. He is preparing for a two-week evidentiary hearing in a capital post-conviction case scheduled to begin September 3, 2024, which pre-hearing deadlines this month. *State of North Carolina v. Jeffery Duke*, 03-CRS-4557-8 (Gaston County). He is also actively litigating multiple non-capital state post-conviction cases with hearings scheduled for late summer and early fall 2024*: State of North Carolina v. Joseph Jones*, 00-CRS-1382 et seq. (Alamance County), and *State of North Carolina v. James Richardson*, 09CRS56370-71 (Pitt County). Further, he represents plaintiffs in two federal civil rights cases that are in active litigation: *Abrams v. Fowler*, 5:20-ct-03231-M (E.D.N.C.), and *North Carolina A. Phillip Randolph Institute v. The North Carolina State Board of Elections, et al.*, 24-1512 (Fourth Circuit). He is also the supervising attorney in multiple state court criminal cases scheduled for trial in August 2024 in both Durham and Wake counties. Co-counsel Mark Olive has a number of pressing case and

clemency matters, including a reply to a motion to dismiss in a capital federal habeas proceeding in Nevada.

These circumstances, combined with the size of the record in this matter and the number and complexity of the substantive and procedural issues that this brief must address, necessitate counsel's request.

Pursuant to Local Rule 27(a), undersigned counsel has consulted with counsel for the United States, Anthony J. Enright, who indicates that Plaintiff-Appellee does not object to the requested extension.

For the reasons stated above, counsel respectfully request an extension of 21 days, through and until September 5, 2024, to submit Mr. Barnette's initial brief and the joint appendix.

Respectfully submitted,

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
gerald_king@fd.org

**CERTIFICATE REGARDING LOCAL RULE 27(A)**

I, Gerald W. King, Jr., hereby certify that counsel for Plaintiff-Appellee was informed on August 5, 2024, by email of the intended filing of this request.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.

**CERTIFICATE OF SERVICE**

I, Gerald W. King, Jr., hereby certify that on August 5, 2024, I filed the foregoing Unopposed Motion for a Third Extension of Time to Submit Defendant-Appellant's Opening Brief via ECF with service via electronic delivery to counsel for Respondent:

Anthony Joseph Enright, Assistant U.S. Attorney

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.