UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1
(3:97-cr-00023-MOC-1)
(3:12-cv-00327-MOC)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

AQUILIA MARCIVICCI BARNETTE

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the opening brief and joint appendix to September 5, 2024. Counsel is

advised that no further extensions are likely to be granted.

      For the Court

      /s/ Nwamaka Anowi, Clerk