# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA )
)
*Plaintiff-Appellee* )
)
v. ) **No. 24-1**
) **DEATH PENALTY CASE**
)
AQUILIA MARCIVICCI BARNETTE )
)
*Defendant-Appellant.* )
)
_____ )

## UNOPPOSED MOTION FOR A FOURTH EXTENSION OF TIME
## TO SUBMIT DEFENDANT-APPELLANT'S OPENING BRIEF

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 31(c), Defendant-Appellant, Aquilia Marcivicci Barnette, respectfully moves this Court to extend his time for filing his Opening Brief and the Joint Appendix by 21 days—through and including September 26, 2024—based upon the Supreme Court of South Carolina's Friday order scheduling the execution of lead counsel's client, Freddie Eugene Owens, for September 20, 2024. The Government does not object to this request. In support of this motion, Mr. Barnette submits the following:

Mr. Barnette, a death-sentenced prisoner, is appealing: the order and judgment of the United States District Court for the Western District of North Carolina denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his convictions and sentence of death, denying his motion to supplement, and denying

1

him an evidentiary hearing; and its order denying his motion to alter or amend that judgment. As the district court denied Mr. Barnette a certificate of appealability, this Court entered a briefing order on February 21, 2024, directing him to submit his initial brief and the joint appendix by April 1, 2024. (DE 9.) Following this Court's prior grants of extensions of time, his initial brief and joint appendix are presently due on September 5, 2024. (DE 12, 14, 16.)

Undersigned counsel respectfully move this Court to extend their time for filing Mr. Barnette's initial brief and the joint appendix by 21 days—through and until September 26, 2024—based upon extraordinary circumstances that have developed since the prior extension motions.

Just before 4:00 p.m. on Friday, August 23, the Supreme Court of South Carolina issued an execution notice for Freddie Eugene Owens. (See Attachment 1.) Per that notice, Mr. Owens is scheduled for execution on Friday, September 20, 2024; his would be the first execution in South Carolina since 2011.

Lead counsel Gerald King, who has principal responsibility for this brief, is Mr. Owens's appointed counsel pursuant to 18 U.S. Code § 3599. Mr. King is actively representing Mr. Owens in his "applications for stays of execution" and his "proceedings for executive or other clemency," as well as "all available post-conviction process" to protect his constitutional rights. 18 U.S. Code § 3599(e). Another three of Mr. King's clients are also immediately eligible for execution

pending the Supreme Court of South Carolina's decision as to the reasonable interval between their execution dates.

Mr. King anticipated the prospect of execution warrants at the time of his prior extension motion. (DE 15.) As promised, he dedicated himself in the interim to completing Mr. Barnette's brief even while preparing for those warrants, and has continued to do so in the six days since Mr. Owens received his execution date. The volume and intensity of the work needed for Mr. Owens between now and September 20, however, necessitates this request. Mr. King and the government have conferred and agreed as to the Joint Appendix in this matter. An extension of 21 days would give Mr. King six days after the scheduled execution date to complete and file Mr. Barnette's brief.[1]

---

[1]Mr. King's co-counsel have significant professional obligations that prevent them from assuming his role in the preparation of this brief. Co-counsel Jake Sussman is engaged in time-sensitive preparations for several federal and state court matters. He is preparing for a two-week evidentiary hearing in a capital post-conviction case scheduled to begin September 3, 2024. *State of North Carolina v. Jeffery Duke*, 03-CRS-4557-8 (Gaston County). He is also actively litigating multiple non-capital state post-conviction cases with hearings scheduled for late summer and early fall 2024*: State of North Carolina v. Joseph Jones*, 00-CRS-1382 et seq. (Alamance County), and *State of North Carolina v. James Richardson*, 09CRS56370-71 (Pitt County). Further, he represents plaintiffs in two federal civil rights cases that are in active litigation: *Abrams v. Fowler*, 5:20-ct-03231-M (E.D.N.C.), and *North Carolina A. Phillip Randolph Institute v. The North Carolina State Board of Elections, et al.*, 24-1512 (Fourth Circuit). He is also the supervising attorney in multiple state court criminal cases scheduled for trial in late August 2024 and September 2024 in both Durham and Wake counties. Co-counsel Mark Olive

These circumstances, combined with the size of the record in this matter and the number and complexity of the substantive and procedural issues that this brief must address, necessitate counsel's request.

Pursuant to Local Rule 27(a), undersigned counsel has consulted with counsel for the United States, Anthony J. Enright, who indicates that Plaintiff-Appellee does not object to the requested extension.

For the reasons stated above, counsel respectfully request an extension of 21 days, through and until September 26, 2024, to submit Mr. Barnette's initial brief and the joint appendix.

Respectfully submitted,

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
gerald_king@fd.org

---

has a number of pressing capital case and clemency matters, including a reply to a motion to dismiss in a capital federal habeas proceeding in Nevada.

**CERTIFICATE REGARDING LOCAL RULE 27(A)**

I, Gerald W. King, Jr., hereby certify that counsel for Plaintiff-Appellee was informed on August 29, 2024, by email of the intended filing of this request.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.

**CERTIFICATE OF SERVICE**

I, Gerald W. King, Jr., hereby certify that on August 29, 2024, I filed the foregoing Unopposed Motion for a Fourth Extension of Time to Submit Defendant-Appellant's Opening Brief via ECF with service via electronic delivery to counsel for Respondent:

Anthony Joseph Enright, Assistant U.S. Attorney


*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.