# The Supreme Court of South Carolina

The State, Respondent,

v.

Freddie Eugene Owens, Appellant.

Appellate Case No. 1999-011364

The Honorable Alexander S. Macaulay, Greenville
County
Trial Court Case No. 1998GS235218, 1998GS235220,
1998GS235222

---

## EXECUTION NOTICE

---

TO THE HONORABLE BRYAN PETER STIRLING, DIRECTOR OF THE
SOUTH CAROLINA DEPARTMENT OF CORRECTIONS:

This is to notify you that the sentence of death imposed in the above case from
which an appeal has been taken has been affirmed and finally disposed of by the
Supreme Court of South Carolina and the remittitur has been sent to the Clerk of
the Court of General Sessions.

IT IS, THEREFORE, required of you by Section 17-25-370 of the Code of Laws
of South Carolina to execute the judgment and sentence of death imposed on said
defendant on the fourth Friday after the service upon you or receipt of this notice.

Let a copy of this notice be served immediately upon the defendant.

_____
CLERK

Columbia, South Carolina
August 23 , 2024


cc:  Emily Paavola
     Lindsey Sterling Vann
     Alan McCrory Wilson
     Donald J. Zelenka
     Melody Jane Brown
     Bryan Peter Stirling
     Salley W. Elliott