**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Plaintiff-Appellee* | ) | |
| | ) | |
| v. | ) | **No. 24-1** |
| | ) | **DEATH PENALTY CASE** |
| | ) | |
| **AQUILIA MARCIVICCI BARNETTE** | ) | |
| | ) | |
| *Defendant-Appellant.* | ) | |
| _____ | ) | |

**MOTION TO EXCEED TYPE-VOLUME**
**LIMITATION FOR INITIAL BRIEF**

Appellant Aquilia Marcivicci Barnette, by and through counsel, hereby moves

this Court for leave to file an opening brief that contains 17,394 words, which

exceeds the type-volume limitations of 13,000 words normally permitted under

Federal Rule of Appellate Procedure 32(a)(7)(B). The Government opposes this

request. In support of this motion, Mr. Barnette shows as follows:

Mr. Barnette, a death-sentenced prisoner, is appealing: the order and judgment

of the United States District Court for the Western District of North Carolina

denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his

convictions and sentence of death, denying his motion to supplement, and denying

him an evidentiary hearing; and its order denying his motion to alter or amend that

judgment. Mr. Barnette was convicted of three federal capital offenses and eight

1

non-capital offenses; he is under three sentences of death. Following this Court's earlier grants of extensions of time, his initial brief and joint appendix are due today, September 26, 2024. (DE 18.)

The § 2255 proceedings in the district court were complex and the records voluminous. Barnette's § 2255 motion was 107 pages; his motion for an evidentiary hearing was 108 pages accompanied by 100 exhibits. The Government's response was 114 pages. Barnette also filed motions to interview jurors, for discovery, and to supplement his § 2255 petition—all of which are relevant to the issues Barnette seeks to appeal and must be addressed in his brief.

Counsel recognize that "the Fourth Circuit encourages short, concise briefs," L.R. 32(b), and have made every effort both to narrow the issues on appeal (from eight to three) and to present their supporting evidence and argument as compactly as possible. Given the complexity and fact-intensive nature of the issues involved and the size of the record, however, the word count limitation contemplated by Rule 32(a)(7)(B)(i) will not allow a complete presentation of those claims. Counsel has accordingly submitted a brief of 17,394 words contemporaneously with this motion and respectfully asks this Court to accept it for filing.

Undersigned counsel recognizes that he is filing this motion outside of the time prescribed by Local Rule 32(b), which directs its submission at least ten days before the brief's due date. The time for submitting this motion passed while

undersigned counsel was preparing an executive clemency petition, motions for stay of execution, and litigation in this Court and others on behalf of his client Freddie Eugene Owens, who was executed by the State of South Carolina last Friday, September 20, 2024. While working to complete this brief amidst those other filings, counsel believed, incorrectly, that he could ultimately meet the type-volume limitations. In light of these extraordinary extenuating circumstances, counsel respectfully request that this Court grant his expansion motion out of time. Pursuant to Local Rule 27(a), undersigned counsel has consulted with counsel for the United States, Anthony J. Enright, who indicates that the Government will object to the requested expansion.

For the reasons stated above, counsel respectfully request permission to file an opening brief of 17,394 words.

Respectfully submitted,

*/s/ Gerald W. King, Jr.*
Gerald W. King, Jr.
Chief, Fourth Circuit Capital Habeas Unit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
gerald_king@fd.org

**CERTIFICATE REGARDING LOCAL RULE 27(A)**

I, Gerald W. King, Jr., hereby certify that counsel for Plaintiff-Appellee was informed on September 25, 2024, by email of the intended filing of this request.

/s/ Gerald W. King, Jr.
Gerald W. King, Jr.

**CERTIFICATE OF COMPLIANCE**

1. The foregoing brief has been prepared in a proportionally spaced typeface using Microsoft Word, Times New Roman, 14 point.

2. The foregoing contains 515 words.

3. I understand that a material misrepresentation can result in the Court striking the brief and imposing sanctions. If the Court so directs, I will provide an electronic version of the brief with the word or line printout.

s/ Gerald W. King, Jr.
Gerald W. King, Jr.