**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. _____  Caption: _____

_____
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

_____

2. Is sealing of document(s) necessary?

    [   ] No
    [   ] Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or
        by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

_____
_____

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

_____
_____

5. (For SEALED APPENDIX)  Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

    [   ] Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS)  Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

    [   ] Yes

_____             _____
    (date)                                   (signature)