# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 27, 2024

_____

RESPONSE REQUESTED

_____

No.   24-1,        <u>US v. Aquilia Barnette</u>
                   3:97-cr-00023-MOC-1, 3:12-cv-00327-MOC

TO:      United States of America

RESPONSE DUE: 10/07/2024

Response is required to the motion to exceed length limitations on or before 10/07/2024.

Emily Borneisen, Deputy Clerk
804-916-2704