UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1
(3:97-cr-00023-MOC-1)
(3:12-cv-00327-MOC)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

AQUILIA MARCIVICCI BARNETTE

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number VII under seal.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk