UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1
(3:97-cr-00023-MOC-1)
(3:12-cv-00327-MOC)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AQUILIA MARCIVICCI BARNETTE

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to exceed the length limitations for the opening brief, the court grants leave to file an opening brief not in excess of 17,394 words.

For the Court

/s/ Nwamaka Anowi, Clerk