# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

## BRIEFING ORDER

_____

No. 24-1, <u>US v. Aquilia Barnette</u>
3:97-cr-00023-MOC-1, 3:12-cv-00327-MOC

Briefing shall proceed on the following schedule:

---

BRIEF [Response] due: 01/21/2025

BRIEF [Reply] (if any) due: Within 21 days of service of response brief.

---

The following rules apply under this schedule:

- The court plans to schedule this case for oral argument. Therefore, counsel must file the electronic version and **four** identical paper copies of all briefs and appendices.
- Filings must conform to the **[Fourth Circuit Brief & Appendix Requirements](#)** (available as a link from this order and at **[www.ca4.uscourts.gov](http://www.ca4.uscourts.gov)**). FRAP 28, 30 & 32. **NOTE: The Court's preferred typefaces are Times New Roman, Century Schoolbook, and Georgia. The Court discourages the use of Garamond.**
- Motions for extension of time should be filed only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.

/s/ NWAMAKA ANOWI, CLERK
By: Emily Borneisen, Deputy Clerk