# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

AQUILIA MARCIVICCI
BARNETTE,

        Appellant,

      vs.

UNITED STATES OF AMERICA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)

No. 24-1

## MOTION TO EXTEND TIME FOR FILING BRIEF

The United States respectfully moves this Court under Federal Rule of Appellate Procedure 26(b) to extend the time for filing the Government's brief in this appeal by 90 days, until April 21, 2025. Aquilia Marcivicci Barnette filed a preliminary opening brief under Local Rule 22(a) challenging the district court's denial of his motion under 28 U.S.C. § 2255 seeking relief from multiple sentences of death and multiple convictions for violent crimes. In December, this Court entered a briefing order, without granting Barnette's request for a certificate of appealability. *Cf. Br. of Appellant* 3; 4th Cir. L.R. 22(a)(1). The United States's response is currently due January 21. The United

States makes this unusual request for a 90-day extension of time for four reasons.

First, Barnette's brief and the record are unusually extensive. Barnette's opening brief contains 17,394 words. Under three main headings, it raises a host of issues challenging the performance of his attorneys, rulings of the district court, and the constitutionality of his convictions and sentences. Barnette received more than 200 days to prepare his brief and an exemption from the ordinary 13,000-word limit. *Docs. No. 9, 12, 14, 16, 19, 30.* The record is likewise extensive—the joint appendix contains 3,328 pages. A response brief that will best help this Court resolve the issues Barnette's appeal presents will benefit greatly from additional time.

Second, after this Court issued its briefing order, President Biden commuted the sentences of death imposed on Barnette to life imprisonment. *Dec. 23, 2024, Executive Grant of Clemency* 1, *United States v. Barnette*, No. 3:97-CR-23 (W.D.N.C. Dec. 27, 2024). The President's commutation order will likely affect the resolution of many

of the issues Barnette's appeal presents. And the Department of Justice is currently considering its position on the full effect of that order.

Third, the workload of counsel with primary responsibility for preparing the United States' response has been unusually great. Counsel has in recent weeks filed briefs in *United States v. Allen*, No. 24-4052 (4th Cir.); *United States v. Palmer*, No. 23-4538 (4th Cir.); *United States v. Speagle*, No. 24-4361 (4th Cir.); and *United States v. Blount*, No. 3:19-CR-218 (W.D.N.C.). In coming weeks, counsel faces deadlines in *United States v. Pitts*, No. 23-4556 (4th Cir.); *United States v. Moore*, No. 24-4194 (4th Cir.); *United States v. Curry*, No. 3:20CR183 (W.D.N.C.), and *United States v. Umana*, No. 3:16CV57 (W.D.N.C.); and is scheduled to appear before this Court for oral argument in *United States v. Avila* (No. 22-4731). And counsel represents the United States in a variety of other matters before this Court and in the Western District of North Carolina.

Finally, counsel for Barnette has informed the United States that he does not object to the requested extension.

In the light of the extent of this appeal, the President's commutation order, counsel's workload, and the lack of opposition, the United States requests an extension of time until April 21, 2025, to file its response. This request for an extension is the United States' first in this appeal.

RESPECTFULLY SUBMITTED, this 16th day of January, 2025.

DENA J. KING
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
New York Att'y Reg. No. 4485140
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

## CERTIFICATE OF COMPLIANCE

1.  This motion has been prepared using a computer running Microsoft Word 2010, in Century Schoolbook font, and 14-point typeface.

2.  EXCLUSIVE of any materials excluded by Federal Rule of Appellate Procedure 32(f) or under Rule 27(a)(2)(B), the motion contains 516 words.

I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.  If the Court so directs, I will provide an electronic version of the brief or a copy of the word or line print-out.

s/ Anthony J. Enright
Assistant United States Attorney
USAO Charlotte, NC

# CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above Motion for Extension of Time upon the appellant by serving his attorney of record through electronic case filing.

This 16th day of January, 2025.


/s/ Anthony J. Enright
Assistant United States Attorney