# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| *Plaintiff-Appellee* | ) | |
| | ) | |
| v. | ) | **No. 24-1** |
| | ) | |
| | ) | **CONSENT MOTION FOR** |
| **AQUILIA MARCIVICCI BARNETTE** | ) | **VOLUNTARY DISMISSAL** |
| | ) | |
| *Defendant-Appellant.* | ) | |
| _____ | ) | |

On December 23, 2024, President Joseph R. Biden commuted the sentences of death imposed as to, inter alia, Aquilia Marcivicci Barnette "to sentences of life imprisonment without the possibility of parole, leaving intact and in effect…all other conditions and components of the sentences previously imposed upon [him]." See Executive Grant of Clemency (Attached as Exhibit A).

In light of that development, Mr. Barnette wishes to withdraw his notice of appeal and have this Court dismiss this appeal.

Accordingly, Mr. Barnette moves to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b). The United States has informed Mr. Barnette's counsel that it consents to the requested dismissal.

Respectfully submitted,
this 16th of April, 2025,

*Gerald W. King, Jr.*
Gerald W. King, Jr.
Chief, Capital Habeas Unit
for the Fourth Circuit
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
gerald_king@fd.org
On behalf of appellant

**CERTIFICATE OF SERVICE**

I, Gerald W. King, Jr., hereby certify that on April 16, 2025, I filed the

foregoing joint stipulation of dismissal via ECF with service via electronic delivery

to counsel for Respondent:

Anthony J. Enright, Assistant U.S. Attorney


*Gerald W. King, Jr.*
Gerald W. King, Jr.