# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

AQUILIA MARCIVICCI BARNETTE,

    Appellant,

vs.

UNITED STATES OF AMERICA,

    Appellee.

)
)
)
)
)
)
)
)
)
)
)

No. 24-1

---

## MOTION TO SUSPEND THE BRIEFING SCHEDULE

The United States respectfully moves this Court to suspend the briefing schedule in Aquilia Marcivicci Barnette's appeal of the district court's decision dismissing and denying his motion under 28 U.S.C. § 2255. Barnette has moved voluntarily to dismiss this appeal under Federal Rule of Appellate Procedure 42(b). Because this motion may result in dismissal of this appeal, the United States requests that this Court suspend the briefing schedule until the Court resolves Barnette's motion. Counsel for Barnette has informed the United States that he does not oppose this request.

RESPECTFULLY SUBMITTED, this 17th day of April, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/Anthony J. Enright
Assistant United States Attorney
New York Att'y Reg. No. 4485140
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (phone)
(704) 344-6629 (fax)
anthony.enright@usdoj.gov

2

## <u>CERTIFICATE OF COMPLIANCE</u>

1.    This motion has been prepared using a computer running Microsoft Word 2010, in Century Schoolbook font, and 14-point typeface.

2.    EXCLUSIVE of any materials excluded by Federal Rule of Appellate Procedure 32(f) or under Rule 27(a)(2)(B), the motion contains 103 words.

I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.  If the Court so directs, I will provide an electronic version of the brief or a copy of the word or line print-out.

> s/ Anthony J. Enright
> Assistant United States Attorney
> USAO Charlotte, NC

# CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a copy of the above motion upon the appellant by serving his attorney of record through electronic case filing.

This 17th day of April, 2025.


/s/ Anthony J. Enright
Assistant United States Attorney