FILED: April 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1
(3:97-cr-00023-MOC-1)
(3:12-cv-00327-MOC)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

AQUILIA MARCIVICCI BARNETTE

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Quattlebaum and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk